IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-51085
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOE ALBERT ALVARADO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CR-279-ALL-JN
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Attorney Jesse Z. Weiss, appointed to represent Joe Albert
Alvarado, has filed a motion to withdraw from representation of
Alvarado and a brief as required by *Anders v. California*, 386
U.S. 738 (1967).  Attorney Weiss also has filed an addendum to
the *Anders* brief.  Alvarado has filed responses to the *Anders*
motion and brief and to the addendum, and he moves for leave to
proceed pro se; for leave to supplement the record with

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

transcripts; and for leave to file a declaration.  Our independent review of the brief, the addendum, the responses, and the record discloses no nonfrivolous issue.  Accordingly, Weiss's motion to withdraw is GRANTED; Weiss is excused from further responsibilities herein; Alvarado's motions are DENIED; and the APPEAL IS DISMISSED.